**SEALED BY ORDER OF COURT**

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN JOSE

FILED

Nov 04 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

Peter Kisang KIM

CR 21-0438 EJD

CR 21 00438 EJD SVK

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1832(a) – Theft of Trade Secrets
18 U.S.C. §§ 1834 and 2323 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury
                                              Foreman

Filed in open court this 4th      day of

November, 2021

Ada Means
Clerk

Hon. Jacqueline Scott Corley    Bail, $ _____

No Bail Arrest Warrant and Summons

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

**SEALED BY ORDER OF COURT**

FILED
Nov 04 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 21  00438 

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0438 EJD |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1832(a) – Theft of Trade Secrets (Counts One–Eighteen) |
| PETER KISANG KIM, | 18 U.S.C. §§ 1834 and 2323 – Forfeiture Allegation |
| Defendant. | SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment, unless otherwise indicated (and with all dates and date ranges being both approximate and inclusive):

The Victim Company:

1.  Broadcom Inc. ("Broadcom") was a leading designer, developer, and supplier of a broad range of semiconductor and infrastructure software solutions. The company's product portfolio served critical markets, such as networking, broadband, wireless, storage, and industrial. Broadcom's products, including integrated circuit (IC) chips, were used in equipment sold worldwide, including for enterprise and data center networking. Broadcom was headquartered at 1320 Ridder Park Drive, San Jose, California 95131, and maintained engineering resources in the United States, Asia, Europe, and Israel.

INDICTMENT

The Defendant:

2. PETER KISANG KIM was employed by Broadcom from 2000 (when the company acquired Allayer Technologies Corporation, where KIM had been employed as a staff engineer since 1998) until 2020. Before his departure, KIM worked as a principal design engineer with the design verification team in the Core Switch Group (CSG) at Broadcom. In July 2020, KIM resigned from Broadcom effective July 17, 2020.

3. On or about July 27, 2020, KIM began working for Company-1 as IC Design Verification Director. According to company documents, Company-1 was a China-based startup company seeking to become a leading chip designer focused on China's domestic market for networking chips, with offices in Shenzen, the Silicon Valley, and elsewhere. KIM received a Lenovo ThinkPad laptop for his work at Company-1.

4. KIM was a resident of Ben Lomond, California.

The Technology and Trade Secrets:

5. Broadcom's products included the Trident family of networking IC chips, including the Trident 3 and the Trident 4, frequently used in high-volume data centers. Broadcom's trade secrets related to the Trident family of chips included, but were not limited to, the following:

    a) **Test plans for the Trident family chips:** Broadcom developed written test plans, which documented its engineers' plans to test a chip and how to verify its features. Test plans provided the features of a chip, as well as detailed explanations as to how the features were verified.

    b) **Design verification environment files for the Trident family chips:** Broadcom developed test environments to represent various aspects of a chip under development and provide facilities to run tests for design verification.

    c) **Design specifications for the Trident family chips:** Broadcom developed design specifications, which provided detailed descriptions of the design of a chip under development, including features and types of interfaces.

6. Broadcom stored its trade secrets in non-public document repositories in which the access permissions were restricted to Broadcom employees within the same suborganization, or more

specifically to the Broadcom employees working on a project. Broadcom required that appropriate nondisclosure agreements be executed before any employee could share trade secrets outside of Broadcom.

7. Broadcom employees, including KIM, signed confidentiality agreements as a condition of employment. The employees, including KIM, attended annual trainings on standards of business conduct at Broadcom, including with respect to handling confidential information. The employees, including KIM, signed ongoing confidentiality agreements upon termination from Broadcom. Specifically, on July 17, 2020, KIM affirmed that Broadcom considered, among other things, internal design and development materials (e.g., specifications, schematics, RTL, Verilog, source code, architectures, etc.) and internal testing materials (e.g., scripts and test results) to be confidential aspects of its business, and that his confidentiality obligations continued after his termination of employment.

COUNTS ONE THROUGH EIGHTEEN:   (18 U.S.C. § 1832(a) – Theft of Trade Secrets)

8. The allegations contained in Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

9. On the dates set forth below, in the Northern District of California and elsewhere, the defendant,

PETER KISANG KIM,

intending to convert a trade secret, that was related to a product and service used in and intended for use in interstate and foreign commerce, to the economic benefit of anyone other than the owner of that trade secret, and intending and knowing that the offense would injure the owner of that trade secret, as specifically alleged in each of the counts below:

    a) knowingly stole, and without authorization appropriated, took, carried away, concealed, and by fraud, artifice, and deception obtained trade secrets belonging to Broadcom;

    b) knowingly and without authorization copied, duplicated, downloaded, uploaded, altered, destroyed, replicated, transmitted, delivered, sent, communicated, and conveyed; and

    c) knowingly and without authorization received and possessed trade secrets belonging to Broadcom, knowing the same to have been stolen and appropriated, obtained, and converted without authorization:

| COUNT | DATE | ACTION | TRADE SECRETS |
|---|---|---|---|
| 1 | July 14 to July 17, 2020 | Stole Broadcom trade secrets from Broadcom's document repository system | Test plans for the Trident family of chips, including with respect to top-level chip features, flexible port speed, ingress data buffer, top-level performance, and layer 2 features |
| 2 | July 14 to July 17, 2020 | Stole Broadcom trade secrets from Broadcom's document repository system | Design verification environment files for the Trident family of chips including with respect to scripts facilitating verification testing, compilation scripts, universal verification methodology and memory interfacing |
| 3 | August 14, 2020 | Used Broadcom trade secrets, including with Apple MacBook Pro laptop | Design verification environment files for the Trident family of chips, including with respect to universal verification methodology and memory interfacing |
| 4 | August 19, 2020 | Used Broadcom trade secrets, including with Apple MacBook Pro laptop | Design verification environment files for the Trident family of chips, including with respect to compilation scripts |
| 5 | August 19, 2020 | Used Broadcom trade secrets, including with Lenovo Thinkpad laptop | Test plans for the Trident family of chips, including with respect to top-level chip features, flexible port speed, and top-level performance |
| 6 | August 19, 2020 | Used Broadcom trade secrets, including with Lenovo Thinkpad laptop | Design verification environment files for the Trident family of chips, including with respect to scripts facilitating verification testing |
| 7 | August 29, 2020 | Used Broadcom trade secrets, including with Apple MacBook Pro laptop | Test plans for the Trident family of chips, including with respect to top-level chip features and flexible port speed |
| 8 | September 18, 2020 | Used Broadcom trade secrets, including with Lenovo ThinkPad laptop | Test plans for the Trident family of chips, including with respect to layer 2 features |
| 9 | October 15, 2020 | Used Broadcom trade secrets, including with Lenovo ThinkPad laptop | Design verification environment files for the Trident family of chips, including with respect to scripts facilitating verification testing |
| 10 | November 12, 2020 | Used Broadcom trade secrets, including with Apple MacBook Pro laptop | Design verification environment files for the Trident family of chips, including with respect to scripts facilitating verification testing |

| COUNT | DATE | ACTION | TRADE SECRETS |
|---|---|---|---|
| 11 | January 15, 2021 | Used Broadcom trade secrets alongside Company-1 activities, including with Lenovo ThinkPad laptop | Test plans for the Trident family of chips, including with respect to top-level chip features |
| 12 | March 26, 2021 | Used Broadcom trade secrets alongside Company-1 activities, including with Lenovo ThinkPad laptop | Design specifications for the Trident family of chips, including with respect to top-level design |
| 13 | April 23, 2021 | Used Broadcom trade secrets alongside Company-1 activities, including with Lenovo ThinkPad laptop | Test plans for the Trident family of chips, including with respect to flexible port speed, ingress data buffer, and top-level performance |
| 14 | April 23, 2021 | Used Broadcom trade secrets alongside Company-1 activities, including with Lenovo ThinkPad laptop | Design verification environment files for the Trident family of chips, including with respect to scripts facilitating verification testing |
| 15 | April 23, 2021 | Used Broadcom trade secrets alongside Company-1 activities, including with Lenovo ThinkPad laptop | Design specifications for the Trident family of chips, including with respect to top-level design and an interface sub-block |
| 16 | April 29, 2021 | Possessed Broadcom trade secrets, including on Apple MacBook laptop, Lenovo ThinkPad laptop, and/or Lexar USB drive | Test plans for the Trident family of chips, including with respect to top-level chip features, flexible port speed, ingress data buffer, top-level performance, and layer 2 features |
| 17 | April 29, 2021 | Possessed Broadcom trade secrets, including on Apple MacBook laptop, Lenovo ThinkPad laptop, and/or Lexar USB drive | Design verification environment files for the Trident family of chips including with respect to scripts facilitating verification testing, compilation scripts, universal verification methodology, and memory interfacing |
| 18 | April 29, 2021 | Possessed Broadcom trade secrets, including on Apple MacBook laptop, Lenovo ThinkPad laptop, and/or Lexar USB drive | Design specifications for the Trident family of chips, including with respect to top-level design and an interface sub-block |

Each in violation of Title 18, United States Code, Section 1832(a)(1), (2), and (3).

//
//
//

INDICTMENT                                    5

**FORFEITURE ALLEGATION:** (18 U.S.C. §§ 1834 and 2323)

10. The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 1834 and 2323.

11. Upon conviction for any of the offenses set forth in Counts One through Eighteen in violation of Title 18, United States Code, Section 1832, set forth in this Indictment, the defendant,

PETER KISANG KIM,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1834 and 2323, any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offenses, and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offenses, including, but not limited to, the following property:

    a. one silver-colored Apple MacBook Pro seized on April 29, 2021;

    b. one Lenovo ThinkPad seized on April 29, 2021;

    c. one Lexar USB drive seized on April 29, 2021;

    d. one white-colored Apple MacBook Pro seized on April 29, 2021; and

    e. one Western Digital hard drive seized on April 29, 2021.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2323(b).

//
//
//
//

INDICTMENT                                6

All pursuant to Title 18, United States Code, Sections 1834 and 2323, and Federal Rule of Criminal Procedure 32.2.

DATED: November 4, 2021

A TRUE BILL.

/s/
FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/ Eric Cheng_____
ERIC CHENG
KYLE F. WALDINGER
Assistant United States Attorneys

INDICTMENT 7

**SEALED BY ORDER OF COURT**

AO 257 (Rev. 6/78)

Print Form

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1832(a) – Theft of Trade Secrets (Counts One – Eighteen)
18 U.S.C. §§ 1834 and 2323 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum penalties (per count): 10 years of imprisonment; $250,000 fine; three years of supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---- DEFENDANT - U.S ----
▶ Peter Kisang KIM

DISTRICT COURT NUMBER
CR 21-0438 EJD

FILED
Nov 04 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

CR 21 00438 EJD SVK

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Eric Cheng, Kyle Waldinger

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: