| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 21 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>William F. Tabunut | | REPORTER/DIGITAL RECORDING:<br>Zoom: 1:35 p.m. - 1:56 p.m. | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | | DATE<br>11/9/2021 | | NEW CASE ☐ | CASE NUMBER<br>21-cr-00438-EJD-1 |

### APPEARANCES

| DEFENDANT<br>Peter Kim | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Julia Jayne and Ashley Riser | PD. ☐ RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Eric Cheng and Kyle Waldinger | | INTERPRETER | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ana Mendoza | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>2 minutes | ☐ PRELIM HRG | ☒ MOTION 1 minute<br>To Unseal | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 minute | ☒ ARRAIGNMENT<br>3 minutes | ☒ BOND HEARING<br>14 minutes | ☐ IA REV S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 500,000 unsec. | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 11/10/2021 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/31/2022 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON.<br>Davila | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Hearing held via Zoom; Defendant consents to video proceedings. Motion to unseal is granted. The Defendant consents to the added condition that he not change his residence or phone number without prior approval of Pretrial Services. Arrest Warrant is ordered withdrawn by The Court at the request of the Government. AUSA to prepare stipulation as to the exclusion of time pursuant to the STA. cc: Adriana

DOCUMENT NUMBER: