JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (510) 833-0250

Attorneys for PETER KIM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-cr-00438-EJD-1 [KAW] |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PETER KIM'S PRETRIAL RELEASE CONDITIONS TO PERMIT TRAVEL FROM DECEMBER 4 TO 5, 2021 |
| v. | |
| PETER KIM, | |
| Defendant. | |

I, Ashley Riser, declare:

1. I represent Defendant PETER KIM in the above-entitled matter. He is currently released on an unsecured $500,000 bond with travel restricted to the Northern District of California. The purpose of this application is to request that Mr. KIM be allowed to travel to and from Sacramento (in the Eastern District of California) on December 4, 2021 to December 5, 2021 to run a marathon.

2. United States Pretrial Officer Brad Wilson has been provided with Mr. KIM's travel details, and Officer Wilson does not object to this request.

3. AUSA Eric Cheng and AUSA Kyle Waldinger do not object to this request.

4. Based on the foregoing, I respectfully request that the conditions of Mr. KIM's release be modified so that he may be permitted to travel to and from Sacramento from December 4, 2021 to December 5, 2021 to run a marathon. All other conditions of Mr. KIM's release shall remain the same. Furthermore, Mr. KIM shall update and provide additional information, as needed, about his travel to Officer Wilson.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct.

3   DATED:   November 17, 2021            /s/
                                           ASHLEY RISER
4                                          Counsel for Defendant PETER KIM

5

6   **IT IS SO STIPULATED.**

7

8   DATED:   November 17, 2021            /s/
                                           ERIC CHENG
9                                          Assistant United States Attorney

STIP. AND [~~PROPOSED~~] ORDER TO MODIFY RELEASE CONDITIONS
Case No. 21-CR-438 EJD [KAW]

# ORDER

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Peter KIM's release shall be modified as follows:

Mr. KIM is permitted to travel to and from Sacramento on December 4, 2021 to December 5, 2021 to run a marathon, pursuant to the travel details provided to United States Pretrial Officer Brad Wilson. Mr. KIM shall update and provide additional information, as needed, about his travel to Officer Wilson. All other terms and conditions shall remain in place.

DATED:  November 22, 2021

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. AND ORDER TO MODIFY RELEASE CONDITIONS
Case No. 21-cr-00438-EJD-1 [KAW]