JULIA M. JAYNE (State Bar No. 202753)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600
E-Mail: julia@jaynelawgroup.com

Attorney for Defendant
Peter Kim

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Peter Kim,<br><br>　　　　Defendant. | Case No. CR 21-00438 BLF<br><br>**NOTICE OF REMOVAL OF COUNSEL** |

This Notice of Removal of Counsel is filed to respectfully advise the Court that Ashley Riser is no longer assigned to this matter. It is therefore respectfully requested to remove Ms. Riser from the list of attorneys to be noticed in this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: September 15, 2022　　　　　　/aer/
　　　　　　　　　　　　　　　　　　　　Ashley Riser