UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 20, 2022    **Time:** 10:04 - 10:52    **Judge:** BETH LABSON FREEMAN

**Total Time:** 48 Minutes

**Case No.**: 5:21-cr-00438-BLF-1    **Case Name:** UNITED STATES v. Kim

**Attorney for Plaintiff:** Eric Cheng, Kyle Waldinger
**Attorney for Defendant:** Julia Jayne for Peter Kisang Kim - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell    **Reported by:** Irene Rodriguez
**Interpreter:** N/A    **Probation Officer:** Jessica Goldsberry

### PROCEEDINGS

**SENTENCING**

**Sentencing Hearing held.**

The Defendant is Sentenced as to COUNTS 13, 14, and 15 of the Indictment filed on 11/14/2021 to the custody of the Bureau of Prisons for a term of 8 months as to each count, to run concurrently; Followed by a term of 3 years Supervised Release as to each count, to run concurrently.

The Court Orders Special Assessment in the amount of $300.00; Fine in the amount of $5,000.00; and Restitution in the amount of $48,395.00; and Forfeiture as Stated on the Record.

The Court recommends the Defendant be placed in a facility as close to the Bay Area as possible.

The Government moves to Dismiss remaining Counts 1 through 12, and 16 through 18. The Court GRANTS the Governments request.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**